### 40697. PICKENS v. THE STATE.

NICHOLS, Presiding Judge. The defendant was indicted under three seperate indictments for burglary. The cases were tried together and separate verdicts of guilty were rendered. Thereafter, in a single motion for new trial, the defendant sought a new trial on each indictment, and he now seeks in a single

bill of exceptions to have such convictions set aside. *Held:* Under the decisions of this court in *Roberts v. State,* 103 Ga. App. 355 (120 SE2d 164); *Dempsey v. State,* 103 Ga. App. 354 (119 SE2d 298), and *Fair v. State,* 109 Ga. App. ante, this court is without jurisdiction to entertain the writ of error. *Writ of error dismissed. Russell, J., concurs. Hall, J., concurs specially.*

DECIDED MAY 6, 1964—REHEARING DENIED MAY 21, 1964.

*Johnson & Johnson, Jean E. Johnson, Sr.,* for plaintiff in error. *George D. Lawrence, Solicitor General,* contra.

HALL, Judge, concurring specially. I concur specially for the reasons stated in *Fair v. State,* ante.